THE TOWN OF HEMPSTEAD, Respondent, *v.* NEWBOLD T. LAWRENCE, Individually and as Executor of and Trustee under the Will of NEWBOLD LAWRENCE, Deceased, et al., Defendants, and WILLIAM SCHEER, Appellant.

Reported below, 147 App. Div. 624.
(Argued June 2, 1913; decided June 10, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 15, 1911, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and granting a new trial in an action to establish title to real property.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal.

*Charles F. Brown* for motion.

*Benjamin N. Cardozo* opposed.

*Per Curiam.*  Without deciding whether the case is one in which the appellant can effectually stipulate for judgment absolute in case of affirmance as required by section 190 of the Code of Civil Procedure (See *People ex rel. Judson* v. *Thacher,* 55 N. Y. 525), we are of the opinion that the argument of this appeal should at least be postponed until the hearing of the appeal from the judgment which may be rendered on the new trial which all of the defendants except this appellant have taken or until the further order of the court.  (See *Williams* v. *Western U. Tel. Co.,* 93 N. Y. 162, 193.)

CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ., concur.

Ordered accordingly.